# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BENJAMIN ARCHULETA, <br><br> Plaintiff, <br><br> v. <br><br> UTAH WORKER COMPENSATION FUND, et al., <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br> Case No. 2:17-CV-155 <br><br> Judge Clark Waddoups <br><br> Magistrate Judge Evelyn J. Furse |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On February 25, 2019, Judge Furse issued a Report and Recommendation (ECF No. 9), recommending that the court dismiss this action without prejudice for failure to state a claim upon which relief can be granted. Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, and for the reasons stated by Judge Furse, the court hereby **APPROVES AND ADOPTS** Judge Furse's Report and Recommendation in its entirety. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

DATED this 1st day of May, 2019.

BY THE COURT:

Clark Waddoups
United States District Court Judge